IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY GRANT,

    Plaintiff,

v.                                                              Civil Action No. **3:17CV605**

**RIVERSIDE REGIONAL JAIL,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on October 11, 2017, the Court conditionally docketed Plaintiff's action. On October 24, 2017, the United States Postal Service returned the October 11, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: 12/11/17
Richmond, Virginia